**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**AGAPITO NAVOR,**

**Plaintiff,**

**v.**

**T. WALSH, K. DUBURR, and**
**SGT. DOUG FREETLY,**

**Defendants.**

**Civil No. 00-1520 MJD/SRN**

**PROTECTIVE ORDER**

---

The above entitled matter came before the Court on the motion of defendants Walsh and Freetly for a Protective Order prohibiting discovery in this matter until such time as the issue of plaintiff's exhaustion of administrative remedies is resolved. Based upon the motion, memorandum of law, affidavit and all the files and premises herein,

**IT IS HEREBY ORDERED:**

The motion of defendants Walsh and Freetly for a Protective Order prohibiting discovery in this matter until such time as the issue of plaintiff's exhaustion of administrative remedies is resolved (Doc. 13) is **DENIED**.

Dated: November 16, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Filed NOV 16 2000
Francis E. Dosal, Clerk
Judgment Entd.______________
Deputy Clerk______________