UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**AGAPITO NAVOR,**

**Plaintiff,**

**vs.**

**T. WALSH, K. DEBURR AND SGT. DOUG FREETLY,**

**Defendants.**

**Civil File No. 00-1520 (MJD/SRN)**

**ORDER OF DISMISSAL**

Pursuant stipulation of counsel, it is hereby ordered that this action shall be dismissed, without prejudice.

Dated this 25 day of January, 2001.

Michael J. Davis

**The Honorable Michael J. Davis**
Judge of United States District Court

FILED 1/25/01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **AGAPITO NAVOR,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**T. WALSH, K. DEBURR AND SGT. DOUG FREETLY,**<br><br>**Defendants.** | **Civil File No. 00-1520 (MJD/SRN)** |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that this action shall be dismissed, without prejudice.

Dated this 4th day of January, 2001.

Attorney for Plaintiff:

**Paul A. Sortland (#183573)**
Sortland Law Office
33 South Sixth Street, Suite 4100
Minneapolis, Minnesota 55402-3601
(612) 375-0400

Dated this 8th day of January, 2001.

Attorney for Defendants Walsh and Freetly:

John W. Riches II

Mr. John W. Riches II
Corrections Corporation of America
Prairie Correctional Facility
445 South Munsterman Street
P.O. Box 157
Appleton, MN 56208-0157

Dated this ____ day of January, 20001.

Attorney for Defendant Deburr

______________________________

Mr. Bruce P. Candlin
3800 West 80th Street, Suite 1500
Bloomington, MN 55431-4429

Dated this _____ day of January, 2001.

Attorney for Defendants Walsh and Freetly:

______________________________

Mr. John W. Riches II
Corrections Corporation of America
Prairie Correctional Facility
445 South Munsterman Street
P.O. Box 157
Appleton, MN 56208-0157

Dated this 9 day of January, 20001.

Attorney for Defendant Deburr

______________________________

Mr. Bruce P. Candlin
3800 West 80th Street, Suite 1500
Bloomington, MN 55431-4429